KELLY v. CASS.

DEEDS—EVIDENCE—UNDUE INFLUENCE—FRAUD.
  Reviewing the conclusion of the circuit judge upon the evidence, a deed of conveyance from deceased to defendants, *held*, to have been intelligently and freely executed.

Appeal from Eaton; Smith, J. Submitted April 21, 1915. (Docket No. 129.) Decided June 7, 1915.

Bill by Angeline Kelly and another against Lincoln Cass and others to set aside a certain conveyance. From a decree for defendants, complainants appeal. Affirmed.

*George Huggett* and *John C. Nichols,* for complainants.

*Elmer N. Peters* (*Garry C. Fox,* of counsel), for defendants.

OSTRANDER, J. A single ultimate question of fact is involved. It is whether Laura J. Vickery, deceased, intelligently and freely executed a certain conveyance of real estate. An analysis of the testimony will profit no one. We are impressed that the preponderance of evidence supports the conclusion of the court below, and the decree is therefore affirmed, with costs to appellees.

BROOKE, C. J., and MCALVAY, KUHN, STONE, BIRD, MOORE, and STEERE, JJ., concurred.